# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Everest Indemnity Insurance Company

                Plaintiff,

v.

                Case No.: 1:25−cv−05488
                Honorable Matthew F. Kennelly

Kates Detective & Security Services Agency, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Everest's motion for further ruling [7]3 is granted; the motion to strike or deem allegations admitted [56] is denied moot in light of the filing of an amended pleading by Everest. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.